1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  PAMELA T. JOHANN (CABN 145558)
   Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36045
5       San Francisco, California 94102
        Telephone: (415) 436-7025
6       Facsimile: (415) 436-7234
        pamela.Johann@usdoj.gov
7
   Attorneys for Defendant UNITED STATES
8  DEPARTMENT OF HEALTH AND HUMAN
   SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and PATRICK MICHELS, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> Defendant. | Case No. 19-cv-01764-EDL <br><br> **STIPULATED JOINT REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND EXEMPT PARTIES FROM RULE 26 REQUIREMENTS; [PROPOSED] ORDER** |

The parties, through their undersigned attorneys, hereby stipulate pursuant to Civil Local Rule 6-2 and 7-12, subject to the approval of the Court, that the initial case management conference set for July 2, 2019, be continued and that this action be exempted from the initial disclosure and conference requirements of Federal Rules of Civil Procedure 26(a) and (f). This stipulation is based on the accompanying Declaration of Pamela T. Johann and the following facts:

1.  This action, filed on April 3, 2019, under the Freedom of Information Act ("FOIA"),

identifies two FOIA requests directed to the U.S. Department of Health and Human Services, the first dated November 28, 2018, and the second dated December 7, 2018, that are the subject of this litigation. Since the filing of the lawsuit, the parties have been engaged in cooperative and productive communications regarding the documents sought in the request and the search for and release of responsive records.

2. Pursuant to these discussions, the parties are in the process of refining the searches for certain parts of Plaintiff's requests so that Defendant can reasonably and efficiently satisfy these requests. Once the scope of the searches has been finalized, the parties will continue to meet and confer to come up with an appropriate schedule for the processing and release of responsive documents. In addition, Defendant has completed the searches for other subparts of Plaintiffs' requests, and the parties are in the process of establishing a proposed release schedule for responsive documents.

3. Accordingly, the parties stipulate and request that the Case Management Conference currently scheduled for July 2, 2019 be continued until October 1, 2019 while the parties continue this meet and confer process. The parties will provide the Court with a joint status report by September 24, 2019. At that time, the parties may request a further continuance of the Case Management Conference or, if the need arises, request to appear at the Case Management Conference. The parties respectfully submit that this is the most efficient manner in which to proceed and will conserve both the parties' and the Court's resources.

4. The parties further agree that this case will likely not require discovery. To allow time for Defendant to complete its responses to Plaintiffs' FOIA requests as stated above and for the parties to resolve as many issues in this matter as possible between themselves, the parties stipulate and request that they be relieved from the initial disclosure and conference requirements of Federal Rule of Civil Procedure 26(a) and (f).

//
//
//
//
//

5.  In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed below concur in the filing of this document.

DATED: June 24, 2019  Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

*/s/ Pamela T. Johann*
PAMELA T. JOHANN
Assistant United States Attorney

Attorneys for Federal Defendant

DATED: June 24, 2019  THE CENTER FOR INVESTIGATIVE REPORTING

*D. Victoria Baranetsky*
D. VICTORIA BARANETSKY

Attorneys for Plaintiffs

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, and good cause having been shown, it is hereby ordered that the Case Management Conference currently set for July 2, 2019 is continued until October 1, 2019. The parties shall provide a joint status report by September 24, 2019. It is further ordered that this action is exempt from the initial disclosure and conference requirements of Federal Rule of Civil Procedure 26(a) and (f).

IT IS SO ORDERED.

DATED:_____

                                                      THE HON. ELIZABETH D. LAPORTE
                                                         United States Magistrate Judge