DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36045
    San Francisco, California 94102
    Telephone: (415) 436-7025
    Facsimile: (415) 436-7234
    pamela.johann@usdoj.gov

Attorneys for Defendant UNITED STATES
DEPARTMENT OF HEALTH AND HUMAN
SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and PATRICK MICHELS,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>    Defendant. | Case No. 19-cv-01764-JCS<br><br>**JOINT STATUS REPORT AND STIPULATED REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

Pursuant to Court Order dated September 26, 2019, Dkt. No. 18, and Clerk's Notice dated October 31, 2019, Dkt. No. 20, the parties submit this Joint Status Report and Request to Continue Initial Case Management Conference in this Freedom of Information Act ("FOIA") case.

The parties report that on January 15, 2020, Defendant completed its release of responsive documents pursuant to a negotiated search and release schedule. Due to a technical problem with the transmission unknown to the parties, Plaintiffs did not receive the release until January 24, 2020, and therefore have just begun the process of reviewing the final batch of released documents.

Following this review, Plaintiffs anticipate that there may be some questions and issues remaining with regard to redactions that have been applied to the released documents. The parties will

meet and confer in good faith to attempt to resolve any issues that may remain with respect to the released documents.

The parties believe that this meet and confer process will be productive and anticipate that they will be able to resolve any remaining issues through this process. Accordingly, the parties jointly request that the Case Management Conference set for January 31, 2020 be continued until March 27, 2020, to allow the parties additional time to complete the review process and to continue to meet and confer in good faith to resolve as many substantive issues as possible relating to Plaintiffs' FOIA requests. The parties respectfully submit that this is the most efficient manner in which to proceed and will conserve both the parties' and the Court's resources.

## CERTIFICATION

In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed below concur in the filing of this document

DATED: January 24, 2020                     Respectfully submitted,

                                            DAVID L. ANDERSON
                                            United States Attorney

                                            */s/ Pamela T. Johann*
                                            PAMELA T. JOHANN
                                            Assistant United States Attorney

                                            Attorneys for Defendant


DATED: January 24, 2020                     THE CENTER FOR INVESTIGATIVE
                                            REPORTING

                                                *D. Victoria Baranetsky*
                                            D. VICTORIA BARANETSKY

                                            Attorneys for Plaintiffs

# [PROPOSED] ORDER

Pursuant to the stipulation of the parties, and good cause having been shown, it is hereby ordered that the Case Management Conference currently set for January 31, 2020 is continued until March 27, 2020. The parties shall provide a joint status report by March 20, 2020.

IT IS SO ORDERED.

DATED: January 27, 2020

_____
THE HON. JOSEPH C. SPERO
United States Magistrate Judge