DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36045
    San Francisco, California 94102
    Telephone: (415) 436-7025
    Facsimile: (415) 436-7234
    pamela.johann@usdoj.gov

Attorneys for Defendant UNITED STATES
DEPARTMENT OF HEALTH AND HUMAN
SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and PATRICK MICHELS,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>    Defendant. | Case No. 19-cv-01764-AGT<br><br>**JOINT STATUS REPORT AND STIPULATED REQUEST TO VACATE INITIAL CASE MANAGEMENT CONFERENCE AND ORDER** |

Pursuant to Court Order dated January 27, 2020, Dkt. No. 22, the parties submit this Joint Status Report and Request to Continue Initial Case Management Conference in this Freedom of Information Act ("FOIA") case.

The parties report that Defendant completed its release of responsive documents pursuant to a negotiated search and release schedule, Plaintiff completed its review of the documents, and the parties have engaged in a productive meet and confer process. They believe that they have resolved all of the issues remaining regarding the release of documents FOIA case. They will continue to meet and confer over the next few weeks and anticipate that they may be in a position to dismiss the case within 30 days.

Accordingly, the parties hereby stipulate and jointly request that the Court vacate the Case

Management Conference scheduled for March 27, 2020.  The parties anticipate that they will file a stipulated voluntary dismissal or a further status report by April 24, 2020.

## CERTIFICATION

In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed below concur in the filing of this document

| DATED: March 20, 2020 | Respectfully submitted, |
|---|---|
| | DAVID L. ANDERSON<br>United States Attorney |
| | */s/ Pamela T. Johann*<br>PAMELA T. JOHANN<br>Assistant United States Attorney |
| | Attorneys for Defendant |
| DATED: March 20, 2020 | THE CENTER FOR INVESTIGATIVE REPORTING |
| | *D. Victoria Baranetsky*<br>D. VICTORIA BARANETSKY |
| | Attorneys for Plaintiffs |

**ORDER**

Pursuant to the stipulation of the parties, and good cause having been shown, it is hereby ordered that the Case Management Conference currently set for March 27, 2020, is vacated.  The parties shall file a stipulated voluntary dismissal or a joint status report by April 24, 2020.

IT IS SO ORDERED.

DATED: March 25, 2020

_____
THE HON. ALEX G. TSE
United States Magistrate Judge