DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36045
    San Francisco, California 94102
    Telephone: (415) 436-7025
    Facsimile: (415) 436-7234
    pamela.johann@usdoj.gov

Attorneys for Defendant UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and PATRICK MICHELS,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>    Defendant. | Case No. 19-cv-01764-AGT<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

    Plaintiffs The Center for Investigative Reporting and Patrick Michels, and Defendant United States Department of Health and Human Services, by and through their attorneys, hereby jointly stipulate to the dismissal of this action in its entirety with prejudice, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii). Each party will bear its own costs and attorney's fees, except that Defendant shall pay to Plaintiffs the sum of four hundred dollars ($400) to cover the fee incurred in filing this lawsuit.

IT IS SO STIPULATED.

DATED: March 30, 2020                               Respectfully submitted,

                                                 DAVID L. ANDERSON
                                                 United States Attorney

*/s/ Pamela T. Johann*\*
PAMELA T. JOHANN
Assistant United States Attorney

Attorneys for Defendant

DATED: March 30, 2020                               THE CENTER FOR INVESTIGATIVE REPORTING

                                                 *D. Victoria Baranetsky*
                                                 D. VICTORIA BARANETSKY

Attorneys for Plaintiffs

*\*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that each signatory has concurred in the filing of this document.*